CATHERINE J. WEINBERG, ESQ. [SBN 222066]
BUCKNER, ROBINSON & MIRKOVICH
3146 Red Hill Avenue, Suite 200
Costa Mesa, California 92626
Telephone: (714) 432-0990
Fax: (714) 432-0352
Email: cweinberg@bamlaw.net

Attorneys for Defendants
E.D.D. Investment Co. and RVZ LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>            Plaintiff,<br><br>v.<br><br>E.D.D. Investment Co., a California General Partnership; RVZ LLC, a California Limited Liability Company; and Does 1-10,<br><br>            Defendants. | Case No. 2:19-cv-09447-PJW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ADA CLAIM IN COMPLAINT**<br><br>FRCP Rules 12(b)(1), 12(b)(6), 12(h)(3)<br><br>Date: September 18, 2020<br>Time: 9:30 a.m.<br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br><br>Complaint Filed: 11/01/19<br>Trial Date: No date scheduled |

Pursuant to Federal Rule of Evidence 201, defendants E.D.D. Investment Co. and RVZ LLC ("Defendants") respectfully request that the Court take judicial notice of the "Application for Hearing" (the "Application"), City of Long Beach, Handicapped Appeals Board, Department of Planning & Building, attached as Exhibit "A". The Application shows a date of January 8, 1992, and construction premises of 4608-4612 2nd Street, Belmont, California, with 4612 2nd Street being

1

the address of the subject premises in the underlying matter.

The Application shows a "Request" for: "Request for exemption from a subsection of the California State Title 24 Disabled Access Regulation", with a "Description" that: "The subject storefront does not have a level landing per the California Title 24 Code."

In the bottom of the document ("TO BE FILLED OUT BY DEPARTMENT ONLY"), the Application states: "Jim Sterbentz moved, seconded by Mrs Mellie to approve the Request for Exemption. The Motion was carried unanimously."

Counsel for Defendants is currently processing a Public Records Act request through the City Clerk's Office of the City of Long Beach to obtain a complete copy of the Application with letter and drawings attached, and will make a supplemental filing with the Court once this document has been obtained.

Courts may take judicial notice of facts that are not subject to reasonable dispute if the facts are generally known within the trial court's territorial jurisdiction or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. Rule Evid. 201(b).

This includes facts and propositions that are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy. See California *Evidence Code* § 452(h).

The Application attached as Exhibit "A" is a public document maintained by the City of Long Beach. This record can be accurately and readily determined from the City's own records and resources, whose accuracy cannot reasonably be questioned.

Accordingly, Defendants respectfully request that this Court take judicial notice of the attached Application in support of Defendants' Motion to Dismiss the ADA Claim in Plaintiff's Complaint.

Dated: September 16, 2020

Respectfully submitted,

BUCKNER, ROBINSON & MIRKOVICH

By: /s/ Catherine J. Weinberg
CATHERINE J. WEINBERG
Attorneys for Defendants E.D.D.
Investment Co. and RVZ LLC

Exhibit "A"

# APPLICATION FOR HEARING

**City of Long Beach**
**Handicapped Appeals Board**
**Department of Planning & Building**

Case No. 72-1-92
Date JANUARY 8, 1992

09682

MF

| | | | |
|---|---|---|---|
| Address | 4608/12 2nd Street - Belmont | Status | Vacant Storefront |
| Appellant: | Herbert M. Andrews | Owner | C.D.D. Investment Company |
| Address: | 2151 Michelson Drive #170 | Address | 14325 Isell Road |
| | Irvine, California 92715 | | Santa Fe Springs, California 90670 |
| Phone | 714-250-8880 | Phone | 714-522-8061 |

REQUEST: Request for exemption from a subsection of the California State Title 24 Disabled Access Regulation.

DESCRIPTION: The subject storefront does not have a level landing per the California Title 24 Code.

EVIDENCE SUBMITTED: Letter and drawings attached.

SIGNATURE OF APPELLANT _Herbert M. Andrews_  SIGNATURE OF OWNER _C.D.D. INVESTMENT CO_

---

**TO BE FILLED OUT BY DEPARTMENT ONLY**

Status of Job  UNDER CONSTRUCTION          Occupancy  B-2

VN                                   Zone _____  Permit _____

Points of Variance with Code: SECTION 3301 (1) 2B, TITLE 24, CALIFORNIA ACCESSIBILITY CODE REQUIRES A LEVEL LANDING ON EACH SIDE OF A DOOR.

Board Action: JIM STERBENTZ MOVED, SECONDED BY MRS. MELLIE TO APPROVE THE REQUEST FOR EXEMPTION. THE MOTION WAS CARRIED UNANIMOUSLY.

MF

MF

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause. My business address is 3146 Red Hill Avenue, Suite 200, Costa Mesa, California 92626.

On September 16, 2020, I served the following documents in the above-captioned matter:

REQUEST FOR JUDICIAL NOTICE

on the interested parties in this action as follows:

Dennis J. Price, II
Raymond George Ballister, Jr.
Elliott Charles Montgomery
Russell C. Handy
Center for Disability Access
8033 Linda Vista Road Suite 200
San Diego, CA 92111

[xx] BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules and proofs of such service filed separately.

Executed on September 16, 2020 at Costa Mesa, California.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ Robert Hall
ROBERT HALL