JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>E.D.D. Investment Co., a California General Partnership; RVZ LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 19-9447-DMG (MRWx)<br><br>**JUDGMENT** |

1 | This Court having granted Plaintiff Brian Whitaker's Motion for Summary
2 | Judgment by Order dated August 5, 2021 [Doc. # 40],
3 |     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is
4 | entered in favor of Plaintiff and against Defendants E.D.D. Investment Co. and RVZ
5 | LLC.  Defendants shall provide ADA accessible dining surfaces at the Z Pizza located at
6 | 4612 E. 2nd Street ("Restaurant"), in conformance with 36 C.F.R., Pt. 1191, Appendix D
7 | (Building Blocks: 902, 306).  Additionally, Defendant shall install a low energy door
8 | opener device at the entrance to the Restaurant, with the controls located on the front of
9 | the building.  The operating force of the door should be no more than five pounds and the
10 | door closing speed no less than five seconds, per 36 C.F.R., Pt. 1191, Appendix D
11 | (Building Blocks: 404.2.8.1, 404.2.9).

DATED:  September 2, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE