CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
DennisP@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **E.D.D. Investment Co.,** a California General Partnership; **RVZ LLC,** a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | **Case:** 2:19-cv-09447-DMG-MRW <br><br> **Plaintiff's Notice of Lodging** |

Plaintiff notifies the court and all parties that he has lodged an Excel spreadsheet of billing entries as requested by the court in Docket order #47.

Dated: October 29, 2021      CENTER FOR DISABILTY ACCESS

By:   /s/Dennis Price
Dennis Price, Esq.
Attorneys for Plaintiff