CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No.: 2:19-cv-09447-DMG-MRW |
| Plaintiff, | |
| v. | |
| E.D.D. INVESTMENT CO., a California General Partnership; RVZ LLC, a California Limited Liability Company; and Does 1-10, | **NOTICE OF WITHDRAWAL OF DOCUMENT** |
| Defendants. | |

Please take notice that plaintiff's counsel errantly e-filed Notice of Settlement docket entry number 49 on the Court's ECF system on November 11, 2021. That document was intended for another case which it was properly e-filed in later. Thus, plaintiff's counsel withdraws docket entry number 49 from the docket and apologizes to the court and counsel for the confusion.

Dated: November 17, 2021            CENTER FOR DISABILITY ACCESS

                                    By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff